## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| IN RE: GREGORY ROBINSON | No. 2:14-mc-00005-JPM-tmp |

### ORDER GRANTING PETITIONER'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND TO APPOINT COUNSEL

Petitioner Gregory Robinson has moved this Court, pursuant to 18 U.S.C. § 3599 to appoint counsel to investigate, prepare, and file his petition for writ of habeas corpus, and for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. (ECF Nos. 1 & 2.) Petitioner has submitted the curriculum vitae of Robert L. Hutton, Esq. (see ECF No. 1-1), in support of his Motion to Appoint Counsel, and a declaration of indigency (see ECF No. 2-1) and certified trust fund account statement (see ECF No. 2-2) in support of his in forma pauperis Motion. Upon review, and for good cause shown, the Court GRANTS the Motions.

Accordingly, it is hereby ORDERED that:

(1) Petitioner may proceed in the District Court without paying the filing fee;

(2) Robert L. Hutton, Esq., of Glankler Brown, PLLC is appointed counsel and he and a paralegal under his

supervision will be compensated under the CJA Guide to Judicial Policy; and

(3) Covington & Burling LLP is appointed counsel on a pro-bono basis.

**IT IS SO ORDERED,** this 1st day of April, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE